# United States Bankruptcy Court
## Northern District of Georgia

In re: **Chandra Kaye Allen-Campbell**
Debtor(s)

Case No. **20-67115**
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amended Schedules I & J and Summary of Assets and Liabilities**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **August 27, 2020**

/s/ ChaRon A. Ballard
**ChaRon A. Ballard 251011**
Attorney for Debtor(s)
**The Ballard Law Group, P.C
3664 Club Drive
Suite 203 A
Lawrenceville, GA 30044
404-220-9906 Fax:404-220-9907
theballardlawgroup@gmail.com**

Fill in this information to identify your case:

Debtor 1: **Chandra Kaye Allen-Campbell**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number: **20-67115**
(If known)

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I
## Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

    | | Debtor 1 | Debtor 2 or non-filing spouse |
    |---|---|---|
    | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
    | Occupation | Teacher | |
    | Employer's name | ECDC Headstart | |
    | Employer's address | 100 Edgwood Ave Ste 1230<br>Atlanta, GA 30303 | |
    | How long employed there? | 27 yrs | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 5,033.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 5,033.00 | $ N/A |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1  **Chandra Kaye Allen-Campbell**   Case number (*if known*) **20-67115**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 5,033.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 985.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 228.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 24.00 | $ N/A |
| 5h. | Other deductions. Specify: Disability | 5h.+ | $ 51.00 + | $ N/A |
| | Life Ins | | $ 70.00 | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,358.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 3,675.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,675.00 + $ N/A = | $ 3,675.00 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: | | 11. +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies | | 12. $ | 3,675.00 |
| | | | | Combined monthly income |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No.
    ☐ Yes. Explain:

Official Form 106I       Schedule I: Your Income       page 2

**Fill in this information to identify your case:**

Debtor 1: **Chandra Kaye Allen-Campbell**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): **20-67115**

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

    Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | son | 19 | ☐ No ■ Yes |
    |  |  | ☐ No ☐ Yes |
    |  |  | ☐ No ☐ Yes |
    |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
    ■ No
    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $ 740.00

    If not included in line 4:

    4a. Real estate taxes    4a. $ 0.00
    4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
    4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
    4d. Homeowner's association or condominium dues    4d. $ 9.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Official Form 106J      Schedule J: Your Expenses      page 1

Debtor 1  Chandra Kaye Allen-Campbell                               Case number (if known)  20-67115

6. **Utilities:**
   6a. Electricity, heat, natural gas                                        6a. $    210.00
   6b. Water, sewer, garbage collection                                      6b. $     75.00
   6c. Telephone, cell phone, Internet, satellite, and cable services        6c. $    151.00
   6d. Other. Specify:                                                       6d. $      0.00
7. **Food and housekeeping supplies**                                        7.  $    535.00
8. **Childcare and children's education costs**                              8.  $      0.00
9. **Clothing, laundry, and dry cleaning**                                   9.  $     65.00
10. **Personal care products and services**                                  10. $     65.00
11. **Medical and dental expenses**                                          11. $      0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                             12. $    275.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. $      0.00
14. **Charitable contributions and religious donations**                     14. $      0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                      15a. $    15.00
    15b. Health insurance                                                    15b. $     0.00
    15c. Vehicle insurance                                                   15c. $   390.00
    15d. Other insurance. Specify:                                           15d. $     0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                                 16. $      0.00
17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1                                          17a. $     0.00
    17b. Car payments for Vehicle 2                                          17b. $     0.00
    17c. Other. Specify:                                                     17c. $     0.00
    17d. Other. Specify:                                                     17d. $     0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18. $  0.00
19. **Other payments you make to support others who do not live with you.**  $      0.00
    Specify:                                                                 19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property                                         20a. $     0.00
    20b. Real estate taxes                                                   20b. $     0.00
    20c. Property, homeowner's, or renter's insurance                        20c. $     0.00
    20d. Maintenance, repair, and upkeep expenses                            20d. $     0.00
    20e. Homeowner's association or condominium dues                         20e. $     0.00
21. **Other:** Specify:                                                      21. +$     0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                             $   2,530.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.         $   2,530.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.      23a. $  3,675.00
    23b. Copy your monthly expenses from line 22c above.                     23b. -$ 2,530.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                            23c. $  1,145.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.     Explain here:

Official Form 106J                          Schedule J: Your Expenses                              page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Chandra Kaye Allen-Campbell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 20-67115 | | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B .................................................. $ **153,849.00**

   1b. Copy line 62, Total personal property, from Schedule A/B ....................................... $ **11,787.00**

   1c. Copy line 63, Total of all property on Schedule A/B ................................................. $ **165,636.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ **131,929.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............... $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........... $ **112,683.00**

   **Your total liabilities** $ **244,612.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................................. $ **3,675.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ................................................ $ **2,530.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. What kind of debt do you have?

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1  Chandra Kaye Allen-Campbell                         Case number *(if known)* 20-67115

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.     $ 5,033.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 86,700.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 86,700.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Chandra Kaye Allen-Campbell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | **20-67115** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Chandra Kaye Allen-Campbell**            X _____
  **Chandra Kaye Allen-Campbell**                    Signature of Debtor 2
  Signature of Debtor 1

  Date **August 27, 2020**                               Date _____

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Chandra Kaye Allen-Campbell**                                          Case No.   **20-67115-LRC**

Debtor(s)                                          Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, 2020, a copy of Amended Schedules I & J and Summary of Assets and Liabilities was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed attached.

**All Attached**

/s/ ChaRon A. Ballard
ChaRon A. Ballard 251011
The Ballard Law Group, P.C
3664 Club Drive
Suite 203 A
Lawrenceville, GA 30044
404-220-9906Fax:404-220-9907
theballardlawgroup@gmail.com

```
Label Matrix for local noticing        Chandra Kaye Allen-Campbell         (p)AMERICREDIT FINANCIAL SERVICS DBA GM FIN
113E-1                                  2834 Ward Lake Way                  PO BOX 183853
Case 20-67115-lrc                       Ellenwood, GA 30294-1796            ARLINGTON TX 76096-3853
Northern District of Georgia
Atlanta
Wed Aug 26 12:44:57 EDT 2020

AmeriCredit/GM Financial                American First Finance              Americredit Financial Services, Inc. Dba GM
P Box 183853                            c/o Becket and Lee LLP              P.O Box 183853
Arlington, TX 76096-3853                PO Box 3002                         Arlington, TX 76096-3853
                                        Malvern PA 19355-0702

Ashro Lifestyle                         Cha'Ron A. Ballard                  COMCAST
c/o Creditors Bankruptcy Service        The Ballard Law Group, P.C.         PO BOX 1931
P.O. Box 800849                         Suite 203 A                         Burlingame, CA 94011-1931
Dallas, TX 75380-0849                   3664 Club Drive
                                        Lawrenceville, GA 30044-2995

Capital One                             Capital One Auto Finance            Capital One Auto Finance, a division of Cap
P Box 30285                             Attn: Bankruptcy Dept               4515 N Santa Fe Ave. Dept. APS
Salt Lake City, UT 84130-0285           Po Box 30258                        Oklahoma City, OK 73118-7901
                                        Salt Lake City, UT 84130-0258

Comcast                                 Melissa J. Davey                    Dept Of Ed/Navient
PB 530099                               Melissa J. Davey, Standing Ch 13 Trustee  Attn: Claims Dept
Atlanta, GA 30353-0099                  Suite 200                           Po Box 9400
                                        260 Peachtree Street, NW            Wilkes Barr, PA 18773-9400
                                        Atlanta, GA 30303-1236

Dept Of Ed/Navient                      Fingerhut                           Fst Premier
P Box 9635                              6250 Ridgewood Rd                   601 S Minneapolis Ave
Wilkes Barre, PA 18773-9635             St Cloud, MN 56303-0820             Sioux Falls, SD 57104

Georgia Department of Labor             (p)GEORGIA DEPARTMENT OF REVENUE    Georgia Dept. of Labor
148 Andrew Young Int'l Blvd,            COMPLIANCE DIVISION                 Suite 826
Suite 826                               ARCS BANKRUPTCY                     148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1751                  1800 CENTURY BLVD NE SUITE 9100     Atlanta GA 30303-1751
                                        ATLANTA GA 30345-3202

Georgia Dept. of Labor                  Ginny's                             (p)INTERNAL REVENUE SERVICE
Suite 910                               c/o Creditors Bankruptcy Service    CENTRALIZED INSOLVENCY OPERATIONS
148 Andrew Young Inter. Blvd., NE       P.O. Box 800849                     PO BOX 7346
Atlanta GA 30303-1751                   Dallas, TX 75380-0849               PHILADELPHIA PA 19101-7346

. Jordan                                Kaiser Permanente                   Lowes
c/o Creditors Bankruptcy Service        Nine Piedmont Center                P.O.Box 530970
P.O. Box 800849                         3495 Piedmont Rd, NE                Atlanta, GA 30353-0970
Dallas, TX 75380-0849                   Atlanta, GA 30305-1729

MERRICK BANK                            Merrick Bank/Geico Card             Monroe & Main
Resurgent Capital Services              Po Box 23356                        c/o Creditors Bankruptcy Service
P Box 10368                             Pittsburg, PA 15222-6356            P.O. Box 800849
Greenville, SC 29603-0368                                                   Dallas, TX 75380-0849
```

| | | |
|---|---|---|
| ontgomery Ward<br>/o Creditors Bankruptcy Service<br>.O. Box 800849<br>allas, TX 75380-0849 | (p)NATIONWIDE RECOVERY SERVICE<br>545 W INMAN ST<br>CLEVELAND TN 37311-1768 | Piedmont Hospital<br>P.O.Box 102570<br>Atlanta, GA 30368-2570 |
| p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>D BOX 41067<br>ORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for Sadino Func<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| odrique Robert<br>334 Ward Lake Way<br>llenwood, GA 30294-1796 | Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Sallie Mae<br>Attn: Navient<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 |
| icretia Lashawn Scruggs<br>napiro Pendergast & Hasty<br>11 Perimeter Center Parkway, N.E.<br>uite 300<br>tlanta, GA 30346-1305 | Security Fin<br>Sfc Centralized Bankruptcy<br>Po Box 1893<br>Spartanburg, SC 29304-1893 | Security Finance Corporation<br>P.O. Box 1893<br>Spartanburg, SC 29304-1893 |
| haprio Pendergast & Hasty, LLP<br>372 Woodcock Boulevard<br>uite 100<br>tlanta, GA 30341-4015 | Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| ard Lake Estates HOA<br>D Box 157<br>llenwood, GA 30294-0157 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC # N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICIN<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| meriCredit Financial Services, Inc.<br>oa GM Financial<br>O Box 183853<br>rlington, TX 76096 | Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd, Suite 17200<br>Atlanta, GA 30345 | Internal Revenue Service<br>Bankruptcy Section<br>P.O.Box 21126<br>Philadelphia, PA 19114 |
| ationwide Recovery Service<br>o Box 8005<br>leveland, TN 37320 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
d)Capital One Auto Finance, a division of Ca        (u)WELLS FARGO BANK, N.A.              End of Label Matrix
515 N Santa Fe Ave. Dept. APS                                                               Mailable recipients    47
Oklahoma City, OK 73118-7901                                                                Bypassed recipients     2
                                                                                            Total                  49
```